Case 5:25-cv-03361-VKD     Document 12     Filed 06/16/25     Page 1 of 2
2:18-mn-02873-RMG     Date Filed 06/16/25     Entry Number 7375     Page 1 of 2
Case MDL No. 2873     Document 3549     Filed 06/12/25     Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2873

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −259)

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 1,038 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 12, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

James V. Ingold
Clerk of the Panel

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: Sandra S. Shealy
DEPUTY CLERK

Case 5:25-cv-03361-VKD    Document 12    Filed 06/16/25    Page 2 of 2
2:18-mn-02873-RMG    Date Filed 06/16/25    Entry Number 7375    Page 2 of 2
Case MDL No. 2873    Document 3549    Filed 06/12/25    Page 2 of 2

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2873

## SCHEDULE CTO−259 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 5 | 25−03361 | The People of the State of California, Acting by and through Santa Clara County Counsel Tony LoPresti, and the County of Santa Clara v. 3M Co. et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 25−10899 | Salzman et al v. The 3M Company et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 25−04229 | Buda et al v. The 3M Company et al |